UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERYL POMPONIO,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY STORES 71, INC., et al.,<br><br>Defendants. | Case No. 21-cv-09508-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 26 |

Plaintiff filed a notice of settlement advising the Court that the above captioned matter has settled. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within one hundred and twenty days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated, and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of one hundred and twenty days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: May 5, 2022

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge